**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-60666
Summary Calendar
_____

HARRY W. VINSON,

Plaintiff-Appellant,

VERSUS

ALLSTATE INSURANCE COMPANY,

Defendant-Appellee.
_____

Appeal from the United States District Court
For the Northern District of Mississippi
(3:00-CV-58-B-A)
_____
March 16, 2001

Before DAVIS, JONES and DeMOSS Circuit Judges.

PER CURIAM:[*]

Vinson challenges the district court's order denying his motion to remand. The denial of a motion to remand is not a final, appealable order under 28 U.S.C. § 1291. Aaron v. National Union Fire Ins. Co. of Pittsburg, Pa., 876 F.2d 1157, 1160 (5th Cir. 1989). Thus, we must dismiss this appeal for lack of jurisdiction.

Appeal DISMISSED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1